25696. DAVIS *v.* THE STATE.

GUERRY, J. The defendant was tried for possession of intoxicating liquors and was found guilty. He complains of no errors of law. ' The evidence submitted to the jury was amply sufficient to support their finding. The court did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JULY 16, 1936.

*A. C. Felton III,* for plaintiff in error.
*Jared I. Bull, solicitor,* contra.